| Date | Pleading Number | |
|---|---|---|
| 10/17/74 | 1. | MOTION -- plaintiff Helene T. Franklin, et al. -- Notice of Motion; affidavit of attorney; Brief in Support of Motion; certificate of service |
| | | REQUESTED TRANSFEREE FORUM: E.D. New York |
| | | REQUESTED TRANSFEREE JUDGE: Judge Orrin Judd |
| 10/30/74 | | HEARING ORDER -- Setting A-1 and A-2 for hearing, November 22, 1974 Washington, D. C. |
| 10/31/74 | | Movant's amended certificate of service to include clerks |
| 11/21/74 | | MOVANT WAIVER OF ORAL ARGUMENT |
| 1/9/75 | | OPINION AND ORDER denying transfer of action pursuant to 28 U.S.C. §1407 |

## Description of Litigation

### IN RE HIGHWAY ACCIDENT NEAR ROCKVILLE, CONNECTICUT ON DECEMBER 30, 1972

#### Summary of Panel Action

Date(s) of Hearing(s) **11/22/74**

Date(s) of Opinion(s) or Order(s) **1/9/75**

Consolidation Ordered ____     Name of Transferee Judge ____

Consolidation Denied ✓       Transferee District ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Helene T. Franklin, etc. v. Nelson Freightways Inc. v. Marilyn C. Shieber | E.D.N.Y. Judd | 73 Civ.762 | | | | Franklin Mot. 10/17/74 |
| A-2 | Helene T. Franklin, etc. v. Olsten W. Lewis d/b/a Lewis & Son Leasing | Conn. Claire | H-74-174 | | | | " " |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 191 -- IN RE HIGHWAY ACCIDENT NEAR ROCKVILLE, CONNECTICUT, ON DECEMBER 30, 1972

| Plaintiff | ~~Defendant~~ |
|---|---|
| **HELENE T. FRANKLIN, ETC. (A-1 & A-2)**<br>Harry H. Lipsig, Esquire<br>100 Church Street<br>New York, New York  10007<br><br>**MARILYN C. SHIEBER**<br>McLaughlin & Lawlor<br>80 John Street<br>New York, New York  10038<br><br>**NELSON FREIGHTWAYS, INC.**<br>Leahy & Johnson<br>120 Wall Street<br>New York, New York<br><br>**OLSTEN W. LEWIS d/b/a LEWIS & SON LEASING CO.**<br>**DAVID FORBES**<br>Cotler, Cotler & Sohow<br>1167 Park Avenue<br>Bridgeport, Connecticut | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Helene T. Franklin, pltf. | A-1; A-2 |
| Nelson Freightways, Inc. | A-1 |
| Marilyn C. Shieber | A-1; A-2 |
| Olsten & W. Lewis d/b/a Lewis & Son Leasing Co. | A-2 |
| David Forbes | A-2 |